FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>Noah James Cobb<br>　　　　　Defendant. | CR 09-204-R<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A) (✓) the appearance of defendant as required; and/or

　　(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_his prior drug convictions does_
_not indicate ongoing risk to safety_
_of community._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will not flee the district_
_or fail to make court appearances_

IT IS ORDERED that defendant be detained.

DATED: 7/23/2010

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2